**Order issued October 19, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-11-01280-CV

---

## IN RE DAVID SCOT LYND

---

### On Appeal from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC10-06759

---

## ORDER NUNC PRO TUNC

The clerk's record in this case is overdue. By letter dated November 11, 2011 we directed the district clerk to file the record within fifteen days. To date, the district clerk has not filed the clerk's record, nor otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record. *We notify appellant that if we receive verification he is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following person:

Gary Fitzsimmons
Dallas County District Clerk
George L. Allen, Sr. Courts Building
600 Commerce Str., Suite 103
Dallas, Texas 75202

CAROLYN WRIGHT
CHIEF JUSTICE